In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-19-00095-CV
_____

**NISSAN MEXICANA, S.A. DE C.V., Appellant**

**V.**

**MELISSA SIAS, INDIVIDUALLY AND AS NEXT FRIEND OF TAYLOR J. CHARLES, AND TAYLOR J. CHARLES, Appellees**

___

**On Appeal from the 60th District Court
Jefferson County, Texas
Trial Cause No. B-198,652**

___

**MEMORANDUM OPINION**

On July 23, 2019, we abated this accelerated appeal and remanded the case to the trial court for further proceedings to effectuate the parties' settlement agreement. On August 9, 2019, the parties filed an agreed motion to reinstate and dismiss the appeal in accordance with their settlement agreement.

We reinstate the appeal, grant the parties' joint motion, and dismiss the appeal in accordance with the parties' joint motion. *See* Tex. R. App. P. 42.1(a)(2).

APPEAL DISMISSED.

_____
LEANNE JOHNSON
Justice

Submitted on July 2, 2019
Opinion Delivered August 22, 2019

Before McKeithen, C.J., Kreger and Johnson, JJ.